## Chicago Tire & Spring Co. v. Adolph Grunow.

1. BILL OF EXCEPTIONS—*Practice, Where Stricken from the Files.* —Where the bill of exceptions has been stricken from the files, and the errors assigned are all based upon matters therein contained, nothing is left for the consideration of the Appellate Court.

**Action in Case**, for personal injuries. Error to the Circuit Court of Cook County; the Hon. CHARLES G. NEELY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1899. Affirmed. Opinion filed April 17, 1900.

JOHN A. POST and O. W. DYNES, attorneys for plaintiff in error.

C. M. HARDY, attorney for defendant in error.

OPINION PER CURIAM.

The bill of exceptions in this case has been stricken from the files, and as the errors assigned are all based upon matters therein contained, nothing is left for our consideration.

The judgment of the Circuit Court must therefore be affirmed.